IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## BAIL STATUS AND ORDER

| | | |
|---|---|---|
| ___ INTERPRETER NEEDED | : | **INITIAL APPEARANCE** **APPOINTMENT OF COUNSEL** |
| | | September 21, 2012 |
| Date of Arrest: 9/21/2012 | : | ESR OPERATOR: Crystal Wardlaw |
| UNITED STATES OF AMERICA | : | AUSA Joseph Khan |
| v. | : | Magistrate No: 12-1345 |
| ANDREA LAWTON | : | Martin Isenberg [Not Present] |
| a/k/a "Andrea Gresham" | : | [X] CJA Appointed<br>[] Retained<br>[] Defenders' Assn. Apptd. |

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to government's motion, the bail status as to the above-named defendant is as follows:

[X] The Government's Motion for Temporary Detention is Granted. A detention hearing and a Preliminary Hearing are scheduled for Wednesday, September 26, 2012 at 1:30 p.m. before Judge Angell in Courtroom 5B.

[] The Defendant stipulated to [] probable cause and/or [] pretrial detention.

[] The Government's Motion for Pretrial Detention is Granted. The Defendant is detained pending further proceedings.

[] The Government's Motion for Pretrial Detention is Denied. See attached Conditions of Release Order.

[] The Government and Defense have agreed to conditions of release. See attached Conditions of Release Order.

[] Other

*[] AFTER A HEARING, PROBABLE CAUSE WAS FOUND BY THE COURT.*
*[] PLEA: NOT GUILTY TO ALL COUNT(S). Counsel have 14 days to file pretrial motions.*

BY:

   /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE

**TIME IN COURT   5   MINUTES**

(Form Revised December, 2009)