# United States District Court

_Eastern_ DISTRICT OF _Pennsylvania_

UNITED STATES OF AMERICA

v.

_Andrea Lawton_

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 12-1345-M

I, _Andrea Lawton_, charged in a (complaint) (petition) pending in this District with _transported, transmitted, transferred in interstate or foreign any goods, wares, merchandise, securities or money of the value of $5000 or more knowing same to be stolen, converted or taken by fraud_ in violation of Title _18_, U.S.C., _2314_,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_9/28/12_
Date

_[signature]_
Defendant

_[signature]_
Counsel for Defendant