UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

vs.

ANDREA LAWTON a/k/a
ANDREA GRESHAM

MAGISTRATE NO: 12-1345-M

## CONSENT ORDER

AND NOW, this 4th day of October, 2012, IT IS HEREBY ORDERED, upon agreement between Assistant United States Attorney Joseph Khan, counsel for the United States of America, and Martin I. Isenberg, Esquire, counsel for Defendant, Andrea Lawton, that the Benjamin Franklin bust presently in the custody of the Lower Merion Police Department, is to remain in the custody of Michael J. McGrath, Superintendent of the Lower Merion Police Department, until October 31, 2012 or upon further Order of Court, to permit the Defendant to employ an expert to examine the bust.

_____
J.

We consent to the form, content and entry of this Order.

_____
Joseph Khan, Assistant U.S. Attorney

_____
Martin I. Isenberg, Esquire