442 (Rev 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
v.
Andrea Lawton

**WARRANT FOR ARREST**

CASE NUMBER: 12-1345-M

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Andrea Lawton

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation notice  ☐ Probation violation petition

charging him or her with (brief description of offense)

Between on or about August 24, 2012 and September 18, 2012, the defendant unlawfully transported a bust of Benjamin Franklin, valued in excess of $5,000, in interstate commerce, from the Eastern District of Pennsylvania to Mobile, Alabama, knowing the bust had been stolen, converted or taken by fraud, in violation of Title 18, United States Code, Section 2314.

In violation of Title 18, United States Code, Section 2314.

Honorable Lynne A. Sitarski
Name of Issuing Officer

_Lynne A. Sitarski_ (signature)
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Philadelphia, PA   Sept. 19, 2012
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 9-19-12 | NAME AND TITLE OF ARRESTING OFFICER Adam Sucheski Special Agent, Federal Bureau of Investigation | SIGNATURE OF ARRESTING OFFICER FBI |
|---|---|---|
| DATE OF ARREST 9-21-12 | | |

J. Khan Authorizing